Beverly Building Corporation, Appellant, *v.* Lower Merion Township Board of Adjustment.

Argued May 2, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Robert L. Trescher*, with him *S. Jonathan Emerson*, and *Montgomery, McCracken, Walker & Rhoads*, for appellant.

*Lewis H. Van Dusen, Jr.,* with him *Robert S. Ryan,* and *Drinker, Biddle & Reath,* for appellees.

*Francis F. Shields,* with him *Albert W. Schiffrin,* and *Pepper, Hamilton & Scheetz,* for intervenor.

OPINION PER CURIAM, January 8, 1963:

The order of the court below is affirmed on the opinion of Judge HONEYMAN of the Court of Common Pleas of Montgomery County, 28 Pa. D. & C. 2d 761.